Nos. 893 and 894. EDDY ET AL. *v.* KELBY ET AL., TRUSTEES, ET AL. May 24, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel Silbiger* for petitioners. *Messrs.*

*Charles H. Kelby* and *Charles M. McCarty* for respondents.